52841. THIGPEN v. FUTURA CONSTRUCTION, INC.

SMITH, Judge.

This is an appeal from the grant of a motion to set aside a judgment and open a default leaving the case pending below. There is no certificate for immediate review from the trial judge nor compliance with Section 1 of the Act of 1975 (Ga. L. 1975, pp. 757, 758; Code Ann. § 6-701 (a) 2) requiring a petition to the appellate court for allowance of the appeal and the appeal, being thus premature, is dismissed.

*Appeal dismissed. Deen, P. J., and Webb, J., concur.*

SUBMITTED OCTOBER 4, 1976 — DECIDED OCTOBER 20, 1976.

*Glenn Howell,* for appellant.
*Rees R. Smith,* for appellee.